(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

John M. M'Lundy

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

USDA Rural Development

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

Civ. Action No. 17-30
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **McCurdy John Michael**
Name (Last, First, MI)

**1408 Van Buren st**
Street Address

**W. lngton**            **DE**         **19806**
County, City            State         Zip Code

**267-255-8040**          **Mcwndy company@yahoo.com**
Telephone Number         E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **USDA Rural Development**
Name (Last, First)

**1221 College Park DR**
Street Address

**Dover**              **DE**         **19904**
County, City           State         Zip Code

Defendant 2: 
Name (Last, First)

Street Address

County, City           State         Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
　　　　　　　Name (Last, First)

　　　　　　　_____
　　　　　　　Street Address

　　　　　　　_____
　　　　　　　County, City　　　　　　State　　　　Zip Code


Defendant 4: _____
　　　　　　　Name (Last, First)

　　　　　　　_____
　　　　　　　Street Address

　　　　　　　_____
　　　　　　　County, City　　　　　　State　　　　Zip Code

## II.　BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Plaintiff lives in state and Defendant have office represented in state. Plaintiff also signed paperwork for loan at defendents office in state

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Defendant central office

Date(s) of occurrence: September 2003 to August 2016

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

See Attachment

What happened to you?

(Del. Rev. 11/14) Pro Se General Complaint Form

| Was anyone else involved? | |

(Del. Rev. 11/14) Pro Se General Complaint Form

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Defendant has hurt plaintif ability to obtain gainful employment because of his credit history.

Defendant has hurt Defendants ability to obtain any additional loans because of credit history.

Defendant has harmed the plaintiff ability to continue with educational as well as personal endeavors because Negative credit history.

Defendant has harm Plaintiff ability to have and functional at a reasonably normal financial expectancy of life for him and his family.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 750,000

☑ Other (explain):

Removal of account / loan from Plaintif credit history / credit along with any other loans / parties associated with this loan agreement

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11. by signing below. I certify to the best of my knowledge. information, and belief that this complaint: (1) is not being presented for an improper purpose. such as to harass. cause unnecessary delay. or needlessly increase the cost of litigation: (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law: and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| 1-9-2016 | _John M.␣␣␣␣_ |
|---|---|
| Dated | Plaintiff's Signature |

McCundy   John Michael
Printed Name (Last. First. MI)

| 1400 Van Buren ST | Wilmington | DE | 19806 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 267-255-3040 / 302-250-9665 | mccundycompany@yahoo.com |
|---|---|
| Telephone Number | E-mail Address (If available) |

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits. affidavits, grievance or witness statements. or any other materials to the Clerk's Office with this complaint.**

17 - 30

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JOHN MCCURDY | )OOOOO |
| VS | ) |
| USAD DEPARTMENT OF AGRICULTURE ) | |
| RURAL DEVELOPMENT | ) Civil Action No. _____ |
| | ) |
| | ) |

## COMPLAINT

During the time of September 2003 through August 2015 the defendant USDA Department of Agriculture Rural Development participated with one or more persons in defrauding the plaintiff John McCurdy with regards to his Home Loan (Account # 0030133496). The Defendant along with other parties defrauded Mr. John McCurdy by allowing unauthorized changes and charges to the Plaintiff Home Loan Account (# 0030133496). The Defendant USDA Rural Development allowed the following fraudulent activity

- **Unauthorized address changes**
- **Unauthorized account information**
- **Unauthorized account access without password authentication**
- **Unauthorized loan changes without permission**
- **Unauthorized Second Loan**
- **Unauthorized Hardship Deferments**

This Fraudulent activity by the defendant caused the plaintiff John McCurdy financial as well as credit damage. The defendants' fraudulent activity caused irreversible harm to the plaintiff credit line and credit history. As well as his ability to gain stable employment due to the fraudulent activity, and obtain other loans. (Automobile, Etc.)

The Plaintiff is seeking **$250,000** in Compensatory damages and **$550,000** in Punitive damages. The removal of all credit line on defendant's credit with regards to this Home Loan Agreement and any other agreement affiliated with this Home Loan Account (# 0030133496).

_____
Plaintiff's Signature
1408 Van Buren St.
Wilmington, De 19806